IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No: 1:22-MJ-194-RMM |
| ) | |
| BOBBY WAYNE RUSSELL ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, James T. Gibson, Assistant Federal Public Defender for the Northern District of Alabama, and enters his notice on behalf of Defendant, Bobby Wayne Russell, in the above-styled case.

This 14th day of September, 2022.

    Respectfully submitted,

    KEVIN L. BUTLER
    Federal Public Defender

    **/s/James T. Gibson**
    James T. Gibson
    Assistant Federal Public Defender
    Northern District of Alabama
    505 20th Street North, Suite 1425
    Birmingham, Alabama 35203
    205-208-7170
    james_gibson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

    **/s/James T. Gibson**