UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 22-MJ-194 |
| v. | : | |
| | : | |
| BOBBY WAYNE RUSSELL, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Joseph McFarlane is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: September 19, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Joseph S. McFarlane
JOSEPH S. McFARLANE
PA Bar No. 311698
Trial Attorney, Detailee
1400 New York Ave. NW
Washington, DC 20005
(202) 368-6049
Joseph.mcfarlane@usdoj.gov