UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.1:22-MJ-00194-RMM |
| : | |
| BOBBY WAYNE RUSSELL,   : | |
| : | |
| Defendant.   : | |

### ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further **ORDERED** that the currently scheduled status conference hearing on December 1, 2022 be continued for good cause to January 30, 2023 at 10:00 a.m.; and it is further

**ORDERED** that the time between December 1, 2022 and January 30, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE